# United States Bankruptcy Court
## Central District Of California

| In re:<br>Elizabeth Sanchez | CHAPTER NO.: 13 |
|---|---|
| | CASE NO.: 8:09−bk−18679 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
You must cure the following within 15 days from filing of your petition:

☑ Statement of Related Cases required by Local Rule 1015−2.
☑ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002−1(g)]
☑ Statement of Assistance of Non−Attorney or Bankruptcy Petition Preparer. [Local Rule 1002−1(g)]
☑ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

Chapter 13     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

**JON D. CERETTO, CLERK OF COURT**

Dated: <u>August 19, 2009</u>

**By: <u>Rosemary Ambriz</u>**
**Deputy Clerk**

CCDN − Revised 03/24/2008                                                                 **1 / AMB**