| United States Bankruptcy Court<br>Central District Of California | |
|---|---|
| In re:<br>Elizabeth Sanchez | CHAPTER NO.:  13 |
| | CASE NO.: 8:09–bk–18679 |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:
**Schedule B
Schedule C
Schedule D
Schedule E
Schedule F
Schedule A
Schedule G
Statement – Form 22C
Schedule H
Schedule I
Schedule J
Stmt. of Fin. Affairs
Chapter 13 Plan**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rules 1007(c) and 3015(b), within 15 days after you filed the petition, **YOU MUST EITHER:**

(1)     File the above–referenced documents and the proper number of copies [Local Bankruptcy Rule 1002–1]:

          Chapter 13     1 Original and 1 Copy

**OR**

(2)     File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 15 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**
Dated: August 19, 2009

**JON D. CERETTO, CLERK OF COURT**

**By: Rosemary Ambriz**
  **Deputy Clerk**

deforco – Revised 03/24/2008

**1 / AMB**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8         User: rambrizC          Page 1 of 1             Date Rcvd: Aug 19, 2009
Case: 09-18679               Form ID: deforco        Total Noticed: 2
```

The following entities were noticed by first class mail on Aug 21, 2009.
```
db         +Elizabeth Sanchez,   1459 N Harbor Blvd,   La Habra Heights, CA 90631-8456
ust        +United States Trustee (SA),   411 W Fourth St., Suite 9041,   Santa Ana, CA 92701-8000
```

The following entities were noticed by electronic transmission.
```
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2009**                    **Signature:** _____